**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**


JOHN BOSTICK,

      Plaintiff,

v.                                                      Case No: 8:13-cv-1319-T-30TGW

CBOCS, INC.,

      Defendant.

_____

## <u>ORDER</u>

THIS CAUSE comes before the Court upon the Plaintiff's Motion for Taxation of Costs (Dkt. #39) Defendant seeks costs in the amount of $1,684.62. Under Federal Rule of Civil Procedure 54(d)(1), costs "should be allowed to the prevailing party" unless "a federal statute, [the rules of Federal Civil Procedure], or a court order provides otherwise." CBOCS, Inc. prevailed in this case and is entitled to recover the costs enumerated under 28 U.S.C. § 1920.   The Plaintiff, John Bostick, did not file an opposition to Defendant's Bill of Costs. The Court concludes that Defendant is entitled to all of its costs.

It is therefore ORDERED AND ADJUDGED that:

1.     Defendant CBOCS, Inc.'s Bill of Costs (Dkt. #39) is **GRANTED**.

2.     The Clerk is directed to enter a **BILL OF COSTS** against Plaintiff John Bostick and in favor of Defendant CBOCS, Inc. in the amount of $1,684.62 for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of September, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2013\13-cv-1319 bill of costs.docx